FILED
CLERK, U.S. DISTRICT COURT

MAR 2 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUGENE BROWN, | Case No. CV 07-6460-ABC (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| LARRY SCRIBER, Warden, | |
| Respondent. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed for lack of jurisdiction.

DATED: 3/20/08

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE